# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 6, 2011

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 09-2919 | Appeal from the United States District Court for the Western District of Wisconsin. |
| LUIS M. NARVAEZ, | |
| *Petitioner-Appellant,* | No. 09-cv-222 |
| *v.* | Barbara B. Crabb, *Judge*. |
| UNITED STATES OF AMERICA, | |
| *Respondent-Appellee.* | |

**O R D E R**

The Respondent filed a Petition for Rehearing En Banc, which was submitted to all judges in regular active service for a vote. No judge wished to rehear the case en banc, and thus that petition is denied.

The panel has re-examined its opinion entered in this case on June 3, 2011. It now withdraws that opinion and substitutes the attached revised opinion. The revised opinion has been circulated among all judges of this court in regular active service pursuant to Circuit Rule 40(e), and no judge favored to hear this case en banc. Accordingly,

**IT IS ORDERED** that the petition for rehearing en banc is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the opinion entered in this case on June 3, 2011 be, and is hereby **WITHDRAWN**, and that the attached revised opinion of this date be **SUBSTITUTED**. The revised opinion shall be released initially in typescript form.